JOSEPH ARIAS JR.

NAME

#P-98754

PRISON NUMBER

P.O. BOX-1906

CURRENT ADDRESS OR PLACE OF CONFINEMENT

TEHACHAPI, CAL. 93581

CITY, STATE, ZIP CODE

2254 ✓   1983
FILING FEE PAID
Yes    No
IFP MOTION FILED
Yes    No
CONSENT TO
Court ✓   Pro Se

```
FILED

JUL 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH ARIAS JR.

(FULL NAME OF PETITIONER),

**PETITIONER**

v.

M. CARRASCO

~~SUPERINTENDENT~~

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

The Attorney General of the State of
California, Additional Respondent.

'08 CV 1363 DMS JMA

Civil No. _____

(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

### PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   SAN DIEGO SUPERIOR COURT OF CALIFORNIA

2. Date of judgment of conviction: ___3 - 8 - 00___

3. Trial court case number of the judgment of conviction being challenged: _____
   SCD 139765

4. Length of sentence: 39 YEAR'S AND 8 MONTH'S TO LIFE

CIV 68 (Rev. 11/98)                                    K:\COMMON\FORMS\CIV-68.

1

5. Sentence start date and projected release date: _11-16-00 (START) AND_
   _(M.E.P.D) 2042_

6. Offense(s) for which you were convicted or pleaded guilty (all counts):
   _ATT. MURDER, ~~ASSAULT~~ ASSAULT W/A FIREARM._

7. What was your plea? (CHECK ONE)
   (a) Not guilty   ☒
   (b) Guilty   ☐
   (c) Nolo contendere   ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury   ☒
   (b) Judge only   ☐

9. Did you testify at the trial?
   ☒ Yes   ☐ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☒ Yes   ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: _DENIED_
    (b) Date of result, case number and citation, if known: _?_

    (c) Grounds raised on direct appeal: _I.A.C. AND PROSECUTORAL_
    _MISCONDUCT_

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: _DENIED_
    (b) Date of result, case number and citation, if known: _?_

    (c) Grounds raised: _I.A.C. AND PROSECUTORAL MISCONDUCT_

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:

     (a) Result: DENIED

     (b) Date of result, case number and citation, if known: _____

     (c) Grounds raised: I.A.C. AND PROS. MISCONDUCT.

       _____

       _____

       _____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
   ☒ Yes ☐ No

15. If your answer to #15 was "Yes," give the following information:

     (a) <u>California Superior Court</u> Case Number: HC/18615

     (b) Nature of proceeding: ~~DENIED~~ HABEAS CORPUS

     (c) Grounds raised: ~~TEXA~~ RESTITUTION WAS NOT BASED ON APPELLANT'S ABILITY TO PAY

     (d) Did you receive an evidentiary hearing on your petition, application or motion?
       ☐ Yes ☒ No

     (e) Result: DENIED

     (f) Date of result: 10-10-06

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
   ☐ Yes ☐ No

17. If your answer to #17 was "Yes," give the following information:

     (a) <u>California Court of Appeal</u> Case Number: D051334

     (b) Nature of proceeding: ~~DENIED~~ HABEAS CORPUS

     (c) Grounds raised: RESTITUTION WAS NOT BASED ON APPELLANTS

ABILITY TO PAY.

_____

_____

    (d)  Did you receive an evidentiary hearing on your petition, application or motion?
        ☐ Yes  ☒ No

    (e)  Result: ____ DENIED ____

    (f)  Date of result: ____ 10-9-07 ____

18.  Other than a direct appeal from the judgment of conviction and sentence, have you
    previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas
    Corpus) with respect to this judgment in the **California Supreme Court**?
    ☐ Yes  ☐ No

19.  If your answer to #19 was "Yes," give the following information:

    (a)  **California Supreme Court** Case Number: ____ S 159966 ____

    (b)  Nature of proceeding: ____ HABEAS CORPUS ____

    (c)  Grounds raised: ____ RESTITUTION WAS NOT BASED ON APPELLANT'S ____
        ABILITY TO PAY

_____

_____

_____

    (d)  Did you receive an evidentiary hearing on your petition, application or motion?

        ☐ Yes  ☒ No

    (e)  Result: ____ DENIED ____

    (f)  Date of result: ____ 7-9-08 ____

20.  If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition
    for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds
    raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?

☒ Yes ☒ No    (IF "YES" SKIP TO #11)

    (a)  If no, in what federal court was the prior action filed? _____

    (i) What was the prior case number? _____

    (ii) Was the prior action (CHECK ONE):

        ☐ Denied on the merits?

        ☐ Dismissed for procedural reasons?

    (iii) Date of decision: _____

    (b)  Were any of the issues in this current petition also raised in the prior federal petition?

        ☐ Yes ☐ No

    (c)  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?

        ☐ Yes ☐ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:**  In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:**  If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:**  You must state facts, not conclusions, in support of your grounds.  For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do.  A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: THE RESTITUTION IMPOSED WAS NOT BASED ON THE ABILITY OF THE AMOUNT THE APPELLANT WAS ABLE TO PAY (SEE EXHIBIT K; 1-7) AND THE RESTITUTION IMPOSED HAS NOT COME CLOSE TO BEING PAID. 8 YEAR'S LATER.

Supporting FACTS (state *briefly* without citing cases or law) MY TRIAL ATTORNEY ABANDONED ME AT TRIAL AFTER A FINDING OF GUILT. THAN MY ATTORNEY M. TAGGART STEPPED IN AND DID NOT DO AS REQUIRED UPON AGREEMENT TO HANDLE RESTITUTION AND LACK OF ABILITY TO PAY AND ALSO FILE A APPEAL OF CONVICTION. (SEE: EXHIBIT C; EXHIBIT D; EXHIBIT E; EXHIBIT F; EXHIBIT G AND EXHIBIT H) I ASKED APPEAL ATTORNEY TO ADDRESS ATTORNEY M. TAGGART NOT DEALING W/RESTITUTION ON INITAL APPEAL AND WAS TOLD BY APPEAL ATTORNEY THAT HIS ACTION'S DID NOT HAVE ANY IMPACT ON WHETHER I GOT A FAIR TRIAL. (SEE EXHIBIT H) AFTER I WAS DENIED COMPLETELY I KEPT ON INQUIRING ON WHAT TO DO INREGARD'S TO RESTITUTION (SEE: EXHIBIT I) SINCE THE FOCUS WAS ON THE TRIAL ATTORNEY'S ACTION'S ONLY (SEE ATTACHED FOR MY STATEMENT OF THE INCIDENT NEXT PAGE 1-4) ALSO, I AM BEING DENIED FOR LATE APPEAL. BUT I HAVE JUST CAUSE.... P.C. § 1202.4; § 1202.4(g); § 13967(a); § 1208.4(2) CLM LAW; FARRETA V. CALIF. 42 U.S. 806; IN RE BENOIT, 10 CAL 3d. 72; PEOPLE V. ACOSTA; 71 CAL. 2d 683; PEO. V. CAMARILLO, 66 CAL. 2d 45; PEO. V. CASTILLO, 16 CAL. 4TH 1009; PEO. V. DIEHL, 62 CAL 2d 114; PEO. V. OCHOA, 19 CAL 4TH 353; PEO. V. RIBERO, SUPRA 4 CAL. 3d. 55; PEO. V. SLOBODIEN, 30 CAL. 2d 362; ROE V. FLORES-ORTEGA, 528. U.S. 470, [120 S. Ct. 1029; 145 L. Ed 2d. 985]. (SEE ATTACHMENT BRIEF DISCUSSION W/CASE LAW'S THAT IMPLY)

Did you raise <span>GROUND ONE</span> in the California Supreme Court?
☒ Yes ☐ No.

ISSUES PRESENTED FOR REVIEW PETITION

IN THE SUPERIOR COURT OF CALIFORNIA IN THE COUNTY OF SAN DIEGO. THE DEFENDANT JOSEPH ARIAS JR, WAS CONVICTED OF THE CRIMES OF ATTEMPTED MURDER X1, ASSAULT W/AN AUTOMATIC FIREARM X2 AND ARMED ROBBERY X1, W/ASSAULT WITH A FIREARM. ON NOVEMBER 16, 2000, THE DEFENDANT WAS SENTENCED TO A TERM OF 39 YEARS AND 8 MONTH'S TO LIFE AND ALSO A CONCURRENT SENTENCE OF 6 YEARS, AND THE COURT ALSO IMPOSED A RESTITUTION FINE FOR THE AMOUNT OF $ 11,500.00, WHICH THE DEFENDANT WAS NOT GIVEN A NOTICE OR A HEARING FOR THE ABILITY TO PAY. THE DEFENDANT RESPECTFULLY REQUEST'S OF THIS COURT TO GRANT A HEARING FOR THE REDUCTION OF THIS FINE/RESTITUTION. "SENTENCING COURT MUST CONSIDER DEFENDANT'S ABILITY TO PAY WHEN IT IMPOSES RESTITUTION FINE." WEST ANN. CAL. P.C. §§ 1202.4, 1202.4(d), WEST'S ANN. CODE GOVT. § 13967(a).

CRIMINAL LAW § 1208.4(2):

STATUTE REQUIRING RESTITUTION FINE OF NOT LESS THAN $200.00, SUBJECT TO THE DEFENDANT'S ABILITY TO PAY, EFFECTIVELY CREATE'S PRE-SUMPTION THAT MINIMUM RESTITUTION WILL BE TWO HUNDRED DOLLARS, SUBJECT TO DEFENDANT'S ABILITY TO PAY: IF THE COURT CONCLUDE'S THAT DEFENDANT'S DOES NOT HAVE THE ABILITY TO PAY $200.00, COURT MAY IMP-OSE RESTITUTION OF LESS THAN $200.00 AND MUST CONSIDER DEFENDANT'S ABILITY TO PAY WHEN IT SET'S RESTITUTION FINE IN RANGE BETWEEN $200 AND $10,000.

1). DOES THIS COURT OF APPEAL'S DECISION TO UPHOLD APPELLANT'S RESTITUTION, DESPITE THE DELIVERY OF PENAL CODE'S AND CRIM. LAW.' THAT CONFLICT'S WITH THE COURT OF APPEAL'S DECISION.

2). CAN THE IMPROPER DENIAL OF A TIMELY MOTION TO PROCEED IN PRO-SE UNDER THE PRINCIPLE'S OF FARETTA V. CALIFORNIA, 422 U.S. 806 (1975) EVER BE DEEMED HARMLESS ERROR? IN REGARD TO COURT OF APPEAL'S DECISION OF PROCEDURALLY BARRING BECAUSE IT IS UNTIMELY AND SUCCESIVE, AND PETITIONER HAS NOT ESTABLISHED AN EXCEPTION TO THE PROCEDURAL BAR. PETITIONER INFACT CAN ESTABLISH AN EXCEPTION. IN RE BENOIT (1973) 10 CAL. 3d 72.

·STATEMENT OF FACT'S·

MARCH 8TH 2000, DEFENDANT WAS FOUND GUILTY AFTER A JURY TRIAL, ON 4-5-00 DEFENDANT'S ATTORNEY SET-UP TO FILE A "MOTION FOR NEW TRIAL". (SEE EXHIBIT-B) FOR REASON'S PETITIONER DOE'S NOT UNDERSTAND ATTORNEY H. HUTCHINSON DID NOT RETURN AS COUNSEL. I THEN HAD ALTERNATE APPOINTED PUBLIC DEFENDER DWAYNE MORING, WHICH PETITIONER WAS NOT HAPPY WITH. PETITIONER THAN RETAINED COUNSEL MICHAEL TAGGART WHO WAS SUPPOSED TO REPRESENT DEFENDANT ON ALL LEGAL MATTER'S.(SEE:EXHIBIT ATTORNEY/ MICHAEL TAGGART ADVISED DEFENDANT THAT IT WOULD BE BEST TO ADDRESS THIS ISSUE ON APPEAL RATHER THAN ON A MOTION FOR NEW TRIAL. (SEE. EXHIBIT'S D AND E)

TIME PASSED AND PETITIONER DID NOT RECCIEVE AN ANSWER TO THE STATUS OF THE SUPPOSEDLY ENTERED APPEAL, I WROTE TO CALIFORNIA APPELLATE PROJECT AND RECIEVED, WHAT IS NOW ENTERED AS EXHIBIT "F" AND "G

7

HAD BEEN GIVING PETITIONER'S CASE TO HANDLE, WHICH IN THE END CHOSE NOT TO ADDRESS "ANY CLAIM'S CONCERNING MICHAEL TAGGART" (SEE EXHIBIT H) ONE OF THE CLAIM'S WERE FAILURE TO ADDRESS RESTITUTION. LATER AFTER PETITIONER APPEAL WAS DENIED, PETITIONER REQUESTED WHAT CAN BE DONE IN REGARD TO THIS CLAIM AND WHAT CAN BE DONE TO GET THE RESTITUTION REDUCED (SEE: EXHIBIT I).

FOR THE PURPOSE OF THIS PETITION, APPELLANT ADOPTS THE FACT'S AS STATED IN THE OPINION OF THE COURT OF APPEAL AND SUPERIOR COURT. ADDITIONAL FACT'S RELEVANT TO THE ISSUES PRESENTED HEREIN WILL BE INCORPORATED IN THE ARGUMENT'S WHICH FOLLOW.

## ARGUMENT

### — I —

THIS COURT SHOULD GRANT HABEAS RELIEF TO RESOLVE THE CONFLICT BETWEEN THE OPINION OF THE COURT OF APPEAL IN THIS CASE WITH THE PENAL CODE AND CRIMINAL LAW DECISION. P.C. § 1202.4 § 1202.4(g) AND § 13967(g); ALSO CRIM. LAW § 1208.4.(2).

A GRANT OF HABEAS RELIEF IN THIS CASE IS NECESSARY TO SECURE UNIFORMITY OF DECISION, WITHIN THE MEANING OF RULE 29(b), BETWEEN THE OPINION IN THIS CASE AND THE CONFLICTING OF LAW UNDER PENAL CODE § 1202.4, § 1202.4(g) AND § 13967(g), AND CRIMINAL LAW § 1206.4.(2) AND THAT TO "[ASSUME] THAT PETITIONER WAS AWARE OF THESE AMOUNTS" IS A VIOLATION OF THESE DEFINED PENAL CODE'S.

FURTHERMORE, AS APPELLANT HAS DISPLAYED IN EXHIBIT'S D AND E AND I, APPELLANT'S DEFENSE ATTORNEY M. TAGGART DID NOT PROPERLY REPRESENT APPELLANT AND AFTER THIS ISSUE WAS REQUESTED TO BE RAISED BY APPEAL ATTORNEY NANCY J. KING IN THE INITIAL APPEAL THIS REQUEST WAS DISREGARDED (SEE: EXHIBIT H). BECAUSE ATTORNEY M. TAGGART DID NOT HAVE ANY IMPACT ON WHETHER APPELLANT GOT A FAIR TRIAL AND THAT WAS ALL NANCY J. KING WISHED TO CHALLENGE.

### II

DEFENDANT SHOULD BE ALLOWED TO FILE AND RECIEVE A JUST FINDING OF APPEAL FROM THE CALIFORNIA SUPREME COURT. BECAUSE APPELLANT RELIED ON M. TAGGART INITIALLY AND APPEAL ATTORNEY NANCY J. KING.'S REPRESENTATION TO ADDRESS RESTITUTION.

THE CALIFORNIA SUPREME COURT HAS HELD THAT IN SPECIAL CIRCUMSTANCES AN INCARCERATED DEFENDANT'S LATE NOTICE OF APPEAL MAY BE DEEMED CONSTRUCTIVELY FILED AND ACCEPTED AS TIMELY, NOTWITHSTANDING THE 60 DAY REQUIREMENT OF CALIFORNIA RULES OF COURT, RULE 31(a). (IN RE BENOIT, (1973) 10 CAL. 3d 72, 86-88.)

IN PEOPLE V. SLOBODION, (1947) 30 CAL. 2d 362, THE CALIFORNIA SUPREME COURT EMPLOYED THE DOCTRINE OF CONSTRUCTIVE FILING TO AFFORD RELIEF TO AN INCARCERATED DEFENDANT'S WHOSE NOTICE OF APPEAL WAS FILED LATE DESPITE THE FACT HE HAD PROMPTLY TAKEN EVERY STEP AVAILABLE TO HIM TO PRESERVE HIS RIGHT.

IN THE CASE OF IN RE BENOIT, SUPRA, 10 CAL. 3d 72, STAND A SIMILAR ISSUE, THE CONSTRUCTIVE FILING DOCTRINE WAS APPLIED WHEN A DEFENDANT RELIED ON HIS ATTORNEY'S TO FILE THE NOTICE OF APPEAL. THE POLICY PERMITTING CONSTRUCTIVE FILING OF A NOTICE OF APPEAL WAS BASED ON THE TRIAL COUNSEL'S DUTY, LONG RECOGNIZED IN CASE LAW, TO FILE THE NOTICE OF APPEAL, INSTRUCT THE DEFENDANT HOW TO DO IT, OR ENSURE THAT THE DEFENDANT HAS SUBSEQUENT COUNSEL TO DO SO. Id. at pp. 81-88, QUOTING PEOPLE V. DIEHL, (1964) 62 CAL. 2d 114, 117-118; ACCORD: PEOPLE V. RIBERO, SUPRA, 4 CAL. 3d. 55, 66 PEOPLE V. ACOSTA, (1969) 71 CAL. 2d 683, 687; PEOPLE V. CAMARILLO, (1967) 66 CAL 2d. 455, 458.)

THAT POLICY IS EVEN STRONGER IN LIGHT OF PENAL CODE SECTION 1240.1, SUBDIVISION (a). THAT PROVISION STATE'S THAT: "[IN] ANY NONCAPITAL CRIMINAL ... CASE WHEREIN THE DEFENDANT WOULD BE ENTITLED TO THE APPOINTMENT OF COUNSEL ON APPEAL IF INDIGENT, IT SHALL BE THE DUTY OF THE ATTORNEY WHO REPRESENTED THE PERSON AT TRIAL [OR APPEAL] TO PROVIDE COUNSEL AND ADVICE AS TO WHETHER ARGUABLY MERITORIOUS GROUNDS EXIST FOR REVERSAL OR MODIFICATION OF THE JUDGEMENT ON APPEAL" (PEN. CODE § 1240.1, SUBD. (a)). SAME SHOULD BE APPLIED TO APPEAL ATTORNEY'S.

FINALLY, IN THE RECENT CASE OF ROE V. FLORES-ORTEGA, (2000) 528 U.S. 470, 980 [120 S.Ct. 1029, 1036, 145 L.Ed.2d 985, 997], THE UNITED STATES SUPREME COURT HELD THAT COUNSEL HAS A CONSTITUTIONALLY-IMPOSED DUTY TO CONSULT WITH HIS CLIENT ABOUT AN APPEAL WHEN THERE IS REASON TO THINK THAT A RATIONAL DEFENDANT WOULD WANT TO APPEAL.

IN THE INSTANT CASE, DEFENDANT'S COUNSEL ON APPEAL DISCOURAGED DEFENDANT FROM ADDRESSING ANY CLAIMS CONCERNING M. TAGGART. AND THAN LEFT THIS TO BE ADDRESSED BY APPELLANT AT A LATER TIME.

A COURT MAY INFER AN ATTORNEY ACTED LESS THAN COMPETENTLY WHEN "COUNSEL WAS ASKED FOR AN EXPLANATION AND FAILED TO PROVIDE ONE" THAT WOULD GIVE APPELLANT RELIEF, ON APPEAL. (PEOPLE V. OCHOA, (1998) 19 CAL. 4TH 353; PEOPLE V. CASTILLO, (1997) 16 CAL. 4TH 1009, 1015)

ALSO APPELLANT HAS BEEN IN ADMINISTRATIVE SEGRAGATION SINCE DECEMBER 16, 2004 AND THIS EFFECT'S THE USE OF INSTITUTION LEGAL FACILITIE AND HAS BEEN TRANSFERRING TO INSTITUTION TO INSTITUTION (SEE: EXHIBIT'S MAR "J" 3 PAGES TOTAL).

9

NOTICE T                                    B 3

## CONCLUSION

APPELANT IS OVERALL UNABLE TO PAY RESTITUTION (SEE: EXHIBIT'S "K" 1-7) AND ASKS THIS HONORABLE COURT TO ~~ALLOWOOD ANOR~~ ALLOW EITHER A LOWERING OR A REDUCTION OF FINE'S/RESTITUTION FOR LACK OF ABILITY TO PAY HEARING PURSUANT TO PENAL CODE'S 1202.4, 1202.4(A), GOVT. CODE 13967(A).

FOR THE FOREGOING RESONS, APPELLANT RESPECTFULLY URGES THIS HONORABLE COURT TO GRANT ~~PETITIONER'S REQUEST~~ PETITION FOR WRIT OF HABEAS CORPUS.

DATED: 1-8-08
~~1-8-08~~

RESPECTFULLY SUBMITTED

X _____

JOSEPH ARIAS JR. #P-98754
-IN PROPRIA PERSONA-

X _____
- ORIGINAL SIGNATURE -

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
    ☐ Yes  ☐ No

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: SOUTHERN DISTRICT COURT OF CALIFORNIA
    (b) Case Number: 07 CV 0096 JM
    (c) Date action filed: _____
    (d) Nature of proceeding: CIVIL B SUIT 42 U.S.C. 81983
    _____
    (e) Grounds raised: FAILURE TO PROTECT.
    _____
    _____
    _____

    (f) Did you receive an evidentiary hearing on your petition, application or motion?
        ☒ Yes  ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing: STEWART DADMUN

    (b) At arraignment and plea: STEWART DADMUN (PUBLICT DEFENDER; LEFT
    FOR CONFLICT OF INTREST

    (c) At trial: HENDLEY HUTCHENSEN (ADDRESS UNKNOWN )(LEFT RIGHT AFTER
    FOUND GUILTY.

    (d) At sentencing: MICHAEL TAGGART (ADDRESS UNKNOWN NEVER FILED
    ANYTHING.

    (e) On appeal: NANCY J. KING  PUB. DEFENDER.

    (f) In any post-conviction proceeding: _____
    _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding: _____
    _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    ☐ Yes  ☒ No

CIV 68 (Rev. 11/98)                    -10-                    K:\COMMON\FORMS\CIV-68.

11

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes   ☒ No

   (a) If so, give name and location of court that imposed sentence to be served in the future: _____

   (b) Give date and length of the future sentence: _____
   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes   ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____
   _____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

7-21-08
(DATE)

_____
SIGNATURE OF PETITIONER

*(# 1 )*

| PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: JOSEPH ARIAS, JR. | | | |
|---|---|---|---|
| SCD139765 -A | SCD137218 -B | -C | 0209 -D |

9. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. RESTITUTION FINE of: $10,000 per PC 1202.4(b) forthwith per PC 2085.5.
   b. RESTITUTION FINE of: $10,000 per PC 1202.45 suspended unless parole is revoked.
   c. RESTITUTION of: $_____ per PC 1202.4(f) to ☐ victim(s)* ☐ Restitution Fund
      (*List victim name(s) if known and amount breakdown in item 11, below.)
      (1) ☐ Amount to be determined.
      (2) ☐ Interest rate of: __% (not to exceed 10% per PC 1202.4(f)(3)(F)).
   d. ☐ LAB FEE of: $____ for counts: _____ per H&SC 11372.5(a).
   e. ☐ DRUG PROGRAM FEE of $150 per H&SC 11372.7(a).
   f. ☐ FINE of $___ per PC 1202.5.

10. TESTING
    a. ☐ AIDS pursuant to ☐ PC 1202.1 ☐ other (specify):
    b. ☐ DNA pursuant to ☐ PC 290.2 ☐ other (specify):

11. Other orders (specify):
THE INDETERMINATE TERM IN CASE A, COUNT 1, ENHANCEMENT PC 12022.53(d) IS TO BE SERVED CONSECUTIVE TO THE DETERMINATE TERMS IN CASES A AND B.
CASE B: RESTITUTION FINE OF $1,200 PER PC 12022.4(b) FORTHWITH PER PC 2085.5. RESTITUTION FINE OF 1,200 PER PC 1202.45 SUSPENDED UNLESS PAROLE IS REVOKED.

12. Execution of sentence imposed
    a. ☒ at initial sentencing hearing.
    b. ☐ at resentencing per decision on appeal.
    c. ☐ after revocation of probation.
    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    e. ☐ other (specify):

13. CREDIT FOR TIME SERVED

| CASE NUMBER | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| SCD139765 -A | 793 | 690 | 103 | ☐ 4019 ☒ 2933.1 |
| SCD137218 -B | 943 | 629 | 314 | ☒ 4019 ☐ 2933.1 |
| -C | | | | ☐ 4019 ☐ 2933.1 |
| -D | | | | ☐ 4019 ☐ 2933.1 |

| DATE SENTENCE PRONOUNCED: 11-16-00 | SERVED TIME IN STATE INSTITUTION: ☐ DMH | ☐ CDC | ☐ CRC |
|---|---|---|---|

14. The defendant is remanded to the custody of the sheriff ☒ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.

   To be delivered to ☒ the reception center designated by the director of the California Department of Corrections.
                      ☐ other (specify):

---

## CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE D. HARDER | DATE 11-21-00 |
|---|---|

CR-290 (Rev. January 1, 1999)   ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE   Page two

13

SD S

SCD137218 DA  PC52510

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

DATE  11-16-00  AT  09:30 M.                    **PROB HEAR-SENTENCING**

0246

PRESENT: HON. **KEVIN A. ENRIGHT**          JUDGE PRESIDING DEPARTMENT  051

CLERK  V. Harder          REPORTER  V. Foster          CSR# 7698

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA          Oscar Garcia
VS.                                            DEPUTY DISTRICT ATTORNEY

**ARIAS  JOSEPH  J**          R – M. TAGGART
DEFENDANT          ATTORNEY FOR DEFENDANT (PD/APD/PCC/RETAINED)

) VIOLATION OF Ct.1 PC245(B)  Ct.2 ÷PC211 Enh: PC12022(a)(1) – Ct.2

INTERPRETER _____ OATH ON FILE/SWORN
LANGUAGE P.D. L. Bombardier

| | |
|---|---|
| **P R E V** | DEFENDANT ☒ PRESENT. ☐ NOT PRESENT. The defendant's mother is present. |
| | ☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS/DENIES A VIOLATION OF PROBATION.  ☐ WAIVES HEARING. |
| | PROBATION IS: FORMALLY/SUMMARILY ☐ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ CONTINUED ☐ ST&C ☐ EXTENDED TO: _____ |

| | |
|---|---|
| **J U D G M E N T** | ☒ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JUDGMENT. ☐ IMPOSITION/EXECUTION OF SENTENCE IS SUSPENDED. |
| | ☒ PROBATION IS: ☒ DENIED ☐ GRANTED _____ YEARS (FORMAL/SUMMARY) TO EXPIRE _____ |
| | ☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO: _____ ☐ ADULT INST. RECOMMENDED. ☐ PAROLE NOT TO BE GRANTED. |
| | ☐ PERFORM _____ HRS/DAYS PSP/VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION/COURT BY _____ |
| | ☐ FOURTH AMENDMENT WAIVER OF PERSON/AUTO/RESIDENCE/PERSONAL EFFECTS.  ☐ SHORT TERM WORK FURLOUGH, REPORT: _____ |
| | ☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☐ VEHICLE INTERLOCK DEVICE (VC 13386/23575). |
| | ☐ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY ☐ PER WI 1737   Total term: |
| | ☒ DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS ☐ PER PC 1170(d).   6 years |
| | ☒ FOR  LOWER/MIDDLE/UPPER TERM OF  6  YEARS/MONTHS/TO LIFE |
| | ON COUNT  1  CODE & NO. PC 245 (b)  ☐ PRINCIPAL COUNT. |
| | ☐ CIRCUMSTANCES IN MITIGATION/AGGRAVATION OUTWEIGH THOSE IN MITIGATION/AGGRAVATION. |
| | ☐ NO VISITATION, PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES. |
| | ☒ DEFENDANT IS ADVISED REGARDING PAROLE/APPEAL RIGHTS. ☐ REGISTRATION PER PC 290/HS 11590/PC 457.1. ☐ TESTING PER PC 296. |
| | ☐ FINE OF $_____ PLUS PENALTY ASSESSMENT. |
| | ☒ RESTITUTION FINE OF $ 1,200  PER PC 1202.4(b). ☒ FORTHWITH PER PC 2085.5. |
| | ☒ RESTITUTION FINE OF $ 1,200  PER PC 1202.45 SUSPENDED UNLESS PAROLE IS REVOKED. |
| | ☒ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT/REST. FUND PER PC 1202.4(f) OF $_____ /IN AN AMOUNT TO BE DETERMINED. *(see below) |
| | ☐ AT $_____ PER MONTH. ☐ COMBINED RATE. TO START 60 DAYS AFTER RELEASE/ON _____ THROUGH REVENUE AND RECOVERY. |
| | ☐ DEFENDANT TO PAY PRE-PLEA INVESTIGATION AND REPORT PREPARATION COSTS. ☐ DEFENDANT TO PAY BOOKING FEES. |
| | ☐ REFERRED TO REVENUE AND RECOVERY. ☐ COURT APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $_____ |

CREDIT FOR TIME SERVED
629 DAYS LOCAL
_____ DAYS STATE INST.
314 DAYS PC 4019/2933.1
943 TOTAL DAYS CREDIT

| | |
|---|---|
| **C U S T S T A T** | ☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF. ☒ WITHOUT BAIL. ☐ WITH BAIL SET AT $_____ |
| | ☐ DEFENDANT ORDERED RELEASED FROM CUSTODY. ☐ ON PROBATION. ☐ ON OWN/SUPERVISED RECOGNIZANCE. ☐ THIS CASE ONLY. |
| | ☐ DEFENDANT TO REMAIN AT LIBERTY. ☐ ON BOND POSTED $_____ . ☐ ON PROBATION. ☐ ON OWN/SUPERVISED RECOGNIZANCE. |

| | |
|---|---|
| **F U T HRGS** | ☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT. |
| | ☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION. ☐ PER PC 1203.03. ☐ PER WI 707.2. |
| | _____ CONTINUED TO/SET FOR _____ AT _____ M. IN DEPT. _____ ON MOTION |
| | OF COURT/DDA/DEFENDANT/PROBATION OFFICER. REASON: _____ |

| | |
|---|---|
| **B W O R N R D N S T s** | ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____ . ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____ |
| | ☐ BENCH WARRANT ISSUED/ORDERED _____ IS RECALLED/RESCINDED. |
| | ☐ BAIL IS ☐ EXONERATED. ☐ FORFEITED. AMOUNT $_____ . BOND NO. _____ |
| | BOND COMPANY _____ AGENT _____ |

| | |
|---|---|
| **M H** | ☐ PROCEEDINGS SUSPENDED ☐ PER PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.) |
| | ☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. (SEE BELOW FOR SERVICE DATE OF PETITION AND HEARING.) |

| | |
|---|---|
| **O T H E R** | ☐ SUPPLEMENTAL REPORT ORDERED. ☒ REPORT TO REGISTRAR OF VOTERS. ☐ DMV ABSTRACT. B.A.C. _____ |
| | ☐ PROBATION TO SUBMIT POST-SENTENCE REPORT DIRECTLY TO THE D.O.C. PER PC 1203c. |

*The defendant's mother, Evelyn Barraza, addresses the Court.
The Court retains jurisdiction of restitution to victims & amount TBD at a later date should the Court be advised of such.

This case is concurrent with case SCD139765.
See page 2 for complete sentence breakdown.

K. A. Enright
JUDGE OF THE SUPERIOR COURT
KEVIN A. ENRIGHT

SDSC CR-28(Rev. 5-00)          **CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGMENT**

Page 1 of 2

14

SDS

(EXHIBIT B)

SCD137218 DA __PC525101__    **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

DATE __04-05-00__ AT __08:45__ M.    PROB HEAR—SENTENCING    0237

PRESENT: HON __KEVIN A. ENRIGHT__    JUDGE PRESIDING DEPARTMENT __051__

CLERK __W. Harder__    REPORTER __L. Daniels__    CSR# __3376__
REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA    _Oscar Garcia_
VS.    DEPUTY DISTRICT ATTORNEY

__ARIAS    JOSEPH    J__    ~~E. H. BURGENER~~ H. Hutchinson
DEFENDANT    ATTORNEY FOR DEFENDANT (PD/APD/PCC/RETAINED)

VIOLATION OF __PC245(B) Ct.1__    ⧧PC211 Ct.2

INTERPRETER _____ OATH ON FILE/SWORN
LANGUAGE __P.O. L. Bomardier__

| | |
|---|---|
| | DEFENDANT ☒ PRESENT. ☐ NOT PRESENT. |

**P R E V**
☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS/DENIES A VIOLATION OF PROBATION _____. ☐ WAIVES HEARING.
PROBATION IS: FORMALLY/SUMMARILY ☐ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ CONTINUED ☐ ST&C ☐ EXTENDED TO: _____

**J U D G M E N T**
☐ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JUDGMENT. ☐ IMPOSITION/EXECUTION OF SENTENCE IS SUSPENDED.
☐ PROBATION IS: ☐ DENIED ☐ GRANTED _____ YEARS (FORMAL/SUMMARY) TO EXPIRE _____.
☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO: _____. ☐ ADULT INST. RECOMMENDED. ☐ PAROLE NOT TO BE GRANTED.
☐ PERFORM _____ HRS/DAYS PSP/VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION/COURT BY _____.
☐ FOURTH AMENDMENT WAIVER OF PERSON/AUTO/RESIDENCE/PERSONAL EFFECTS. ☐ SHORT TERM WORK FURLOUGH, REPORT: _____
☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☐ VEHICLE INTERLOCK DEVICE (VC 23235/23246).
☐ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY ☐ PER WI 1737
☐ DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS ☐ PER PC 1170(d).
☐ FOR _____ LOWER/MIDDLE/UPPER TERM OF _____ YEARS/MONTHS/TO LIFE
ON COUNT _____ CODE & NO. _____ ☐ PRINCIPAL COUNT.
☐ CIRCUMSTANCES IN MITIGATION/AGGRAVATION OUTWEIGH THOSE IN MITIGATION/AGGRAVATION.
☐ NO VISITATION, PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.
☐ DEFENDANT IS ADVISED REGARDING PAROLE/APPEAL RIGHTS. ☐ REGISTRATION PER PC 290/HS 11590/PC 457.1. ☐ TESTING PER PC 1202.1/PC 296.
☐ FINE OF $_____ PLUS PENALTY ASSESSMENT.
☐ RESTITUTION FINE OF $_____ PER PC 1202.4(b). ☐ FORTHWITH PER PC 2085.5.
☐ RESTITUTION FINE OF $_____ PER PC 1202.45 SUSPENDED UNLESS PAROLE IS REVOKED.
☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT/REST. FUND PER PC 1202.4(f) OF $_____ /IN AN AMOUNT TO BE DETERMINED.
☐ AT $_____ PER MONTH. ☐ COMBINED RATE. TO START 60 DAYS AFTER RELEASE/ON _____ THROUGH REVENUE AND RECOVERY.
☐ DEFENDANT TO PAY PRE-PLEA INVESTIGATION AND REPORT PREPARATION COSTS. ☐ DEFENDANT TO PAY BOOKING FEES.
☐ REFERRED TO REVENUE AND RECOVERY. ☐ COURT APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $_____.

CREDIT FOR TIME SERVED
_____ DAYS LOCAL
_____ DAYS STATE INST.
_____ DAYS PC 4019/2933.1
_____ TOTAL DAYS CREDIT

**C U S T / S A T T**
☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF. ☒ WITHOUT BAIL. ☐ WITH BAIL SET AT $_____.
☐ DEFENDANT ORDERED RELEASED FROM CUSTODY. ☐ ON PROBATION. ☐ ON OWN/SUPERVISED RECOGNIZANCE. ☐ THIS CASE ONLY.
☐ DEFENDANT TO REMAIN AT LIBERTY. ☐ ON BOND POSTED $_____. ☐ ON PROBATION. ☐ ON OWN/SUPERVISED RECOGNIZANCE.

**F U T / H R G S**
☒ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.
☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION. ☐ PER PC 1203.03. ☐ PER WI 707.2.
PH/S _____ CONTINUED TO/SET FOR __5-23-2000__ AT __8:45__ M. IN DEPT. __51__ ON MOTION
OF COURT/DDA/DEFENDANT/PROBATION OFFICER. REASON: _Motion for New Trial_

**B O N D S / W R R N T S**
☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____
☐ BENCH WARRANT ISSUED/ORDERED _____ IS RECALLED/RESCINDED.
☐ BAIL IS ☐ EXONERATED. ☐ FORFEITED. AMOUNT $_____. BOND NO. _____
BOND COMPANY _____ AGENT _____

**M H**
☐ PROCEEDINGS SUSPENDED ☐ PER PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)
☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. (SEE BELOW FOR SERVICE DATE OF PETITION AND ORDER.)

**O T H E R**
☐ SUPPLEMENTAL REPORT ORDERED. ☐ REPORT TO REGISTRAR OF VOTERS. ☐ DMV ABSTRACT. B.A.C._____

SDSC CR-28(Rev. 6-99)    CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGMENT    JUDGE OF THE SUPERIOR COURT
KEVIN A. ENRIGHT

- 10 -    15

"EXHIBIT-C"

SDS

SCD137218 DA PC525101

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

PROB HEAR–SENTENCING

0243

DATE __08-03-00__ AT __01:30__ M.

PRESENT: HON __KEVIN A. ENRIGHT__    JUDGE PRESIDING DEPARTMENT __051__

CLERK __D. Harder__    REPORTER __W. Foster__    CSR# __7698__

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

__Oscar Garcia__
DEPUTY DISTRICT ATTORNEY

THE PEOPLE OF THE STATE OF CALIFORNIA
VS.

ARIAS          JOSEPH          J          E. W. BURGENER __Dwayne Moring__
ATTORNEY FOR DEFENDANT (PD/APD/PCC/RETAINED)

VIOLATION OF __PC245(B)__ Ct.1 __DEFENDANT__ Ct.2 #PC211 Enh: PC12022(a)(1) - Ct.2

INTERPRETER _____ OATH ON FILE/SWORN

LANGUAGE _____

| | |
|---|---|
| **P R E V** | DEFENDANT ☒ PRESENT. ☐ NOT PRESENT.<br>☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS/DENIES A VIOLATION OF PROBATION _____. ☐ WAIVES HEARING.<br>PROBATION IS: FORMALLY/SUMMARILY ☐ REVOKED ☐ REINSTATED ☐ MODIFIED ☐ CONTINUED ☐ ST&C ☐ EXTENDED TO: _____ |
| **J U D G M E N T** | ☐ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JUDGMENT. ☐ IMPOSITION/EXECUTION OF SENTENCE IS SUSPENDED.<br>☐ PROBATION IS: ☐ DENIED ☐ GRANTED _____ YEARS (FORMAL/SUMMARY) TO EXPIRE _____. ☐ ADULT INST. RECOMMENDED. ☐ PAROLE NOT TO BE GRANTED.<br>☐ COMMITMENT TO SHERIFF FOR _____ DAYS. STAYED TO: _____. ☐ ADULT INST. RECOMMENDED. ☐ PAROLE NOT TO BE GRANTED.<br>☐ PERFORM _____ HRS/DAYS PSP/VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION/COURT BY _____.<br>☐ FOURTH AMENDMENT WAIVER OF PERSON/AUTO/RESIDENCE/PERSONAL EFFECTS. ☐ SHORT TERM WORK FURLOUGH, REPORT: _____<br>☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. ☐ VEHICLE INTERLOCK DEVICE (VC 23235/23246).<br>☐ DEFENDANT IS COMMITTED TO THE CALIFORNIA YOUTH AUTHORITY ☐ PER WI 1737<br>☐ DEFENDANT IS COMMITTED TO THE DEPARTMENT OF CORRECTIONS ☐ PER PC 1170(d).<br>☐ FOR _____ LOWER/MIDDLE/UPPER TERM OF _____ YEARS/MONTHS/TO LIFE<br>ON COUNT _____ CODE & NO. _____ ☐ PRINCIPAL COUNT.<br>☐ CIRCUMSTANCES IN MITIGATION/AGGRAVATION OUTWEIGH THOSE IN MITIGATION/AGGRAVATION.<br>☐ NO VISITATION, PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.<br>☐ DEFENDANT IS ADVISED REGARDING PAROLE/APPEAL RIGHTS. ☐ REGISTRATION PER PC 290/HS 11590/PC 457.1. ☐ TESTING PER PC 1202.1/PC 296.<br>☐ FINE OF $_____ PLUS PENALTY ASSESSMENT.<br>☐ RESTITUTION FINE OF $_____ PER PC 1202.4(b). ☐ FORTHWITH PER PC 2085.5.<br>☐ RESTITUTION FINE OF $_____ PER PC 1202.45 SUSPENDED UNLESS PAROLE IS REVOKED.<br>☐ RESTITUTION TO VICTIM(S) PER P.O.'S REPORT/REST. FUND PER PC 1202.4(f) OF $_____ /IN AN AMOUNT TO BE DETERMINED.<br>☐ AT $_____ PER MONTH. ☐ COMBINED RATE. TO START 60 DAYS AFTER RELEASE/ON _____ THROUGH REVENUE AND RECOVERY.<br>☐ DEFENDANT TO PAY PRE-PLEA INVESTIGATION AND REPORT PREPARATION COSTS. ☐ DEFENDANT TO PAY BOOKING FEES.<br>☐ REFERRED TO REVENUE AND RECOVERY. ☐ COURT APPOINTED ATTORNEY FEES ORDERED IN THE AMOUNT OF $_____. |
| **C U S T S T A T** | ☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF. ☒ WITHOUT BAIL. ☐ WITH BAIL SET AT $_____<br>☐ DEFENDANT ORDERED RELEASED FROM CUSTODY. ☐ ON PROBATION. ☐ ON OWN/SUPERVISED RECOGNIZANCE. ☐ THIS CASE ONLY.<br>☐ DEFENDANT TO REMAIN AT LIBERTY. ☐ ON BOND POSTED $_____. ☐ ON PROBATION. ☐ ON OWN/SUPERVISED RECOGNIZANCE. |
| **F U T H R G S** | ☐ DEFENDANT WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT.<br>☐ DEFENDANT REFERRED FOR DIAGNOSTIC EVALUATION. ☐ PER PC 1203.03. ☐ PER WI 707.2.<br>PH/S CONTINUED TO/SET FOR __9-21-00__ AT __2:00__ P.M. IN DEPT. __51__ ON MOTION<br>OF COURT/DDA/DEFENDANT/PROBATION OFFICER. REASON: __defense counsel recently retained.__ |
| **B O N D S W R N T S** | ☐ BENCH WARRANT TO ISSUE, BAIL SET AT $_____. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO _____<br>☐ BENCH WARRANT ISSUED/ORDERED _____ IS RECALLED/RESCINDED.<br>☐ BAIL IS ☐ EXONERATED. ☐ FORFEITED. AMOUNT $_____. BOND NO. _____<br>BOND COMPANY _____ AGENT _____ |
| **M H** | ☐ PROCEEDINGS SUSPENDED ☐ PER PC 1368, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)<br>☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. (SEE BELOW FOR SERVICE DATE OF PETITION AND ORDER.) |
| **O T H E R** | ☐ SUPPLEMENTAL REPORT ORDERED. ☐ REPORT TO REGISTRAR OF VOTERS. ☐ DMV ABSTRACT. B.A.C.<br>Also present is Michael Taggart, retained, on behalf of def.<br>Alternate Public Defender, Dwayne Moring, is relieved, and Michael Taggart<br>is now attorney of record. |

CREDIT FOR TIME SERVED
_____ DAYS LOCAL
_____ DAYS STATE INST.
_____ DAYS PC 4019/2933.1
_____ TOTAL DAYS CREDIT

JUDGE OF THE SUPERIOR COURT
KEVIN A. ENRIGHT

SDSC CR-28(Rev. 6-99)    CRIMINAL MINUTES - PRONOUNCEMENT OF JUDGMENT

-11-

16

EXHIBIT D

# DECLARATION OF JOSEPH ARIAS

I, JOSEPH ARIAS, declare that:

1. I am the defendant in San Diego County Superior Court case numbers SCD137218 and SCD139765.

2. I am competent to testify as a witness in this matter and if I were called as a witness I would testify to the following from my own personal knowledge.

3. Following my conviction after a jury trial in case number SCD139765 and my guilty plea in case number SCD137218, I wanted to try to get a new trial. The attorney I had retained for trial had disappeared and the replacement sent by his firm told me he did not know how to file my motion. At that point I retained a new attorney, Michael Taggart, to make a motion for a new trial.

3. The day before I was sentenced, Michael Taggart told me that it would be better to file an appeal rather than try to move for a new trial. He told me, "Don't worry, I will handle it."

4. After I did not hear from him for several months, I found he was no longer at the phone number and address I had for him. Unable to contact him, in July I wrote to the California Appellate Project to ask if they knew anything about my appeal. They told me that no appeal appeared to have been filed and forwarded my information to Appellate Defenders, Inc. in San Diego.

5. I have responded immediately to all correspondence from the California Appellate

Project and Appellate Defenders, Inc., answering all their questions as best as I could.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Calipatria, CA. <span>ma</span>

Date: 12-18-01

Joseph Arias

Exhibit C page 2 of 2

-13-

18

EXHIBIT E

## DECLARATION OF ARTHUR MARTIN

I, ARTHUR MARTIN, declare that:

1. I am a law clerk at Appellate Defenders, Inc. (ADI) in San Diego.

2. I am competent to testify as a witness in this matter and if I were called as a witness I would testify to the following from my own personal knowledge.

3. As a law clerk at ADI, part of my duties include assisting defendants with defective notices of appeal.

4. On August 6, 2001, I was assigned to investigate the facts of Joseph Arias's desire to file a late notice of appeal as described in his July 2001 letter to the California Appellate Project in Los Angeles, which was forwarded to ADI on July 26, 2001.

5. On August 6, 2001, I began an investigation by writing to Mr. Arias to get more information about his attempt to file an appeal. Mr. Arias responded in a letter mailed on August 10, 2001.

6. I also tried to contact Michael Taggart, the attorney who represented Mr. Arias at sentencing and who told Mr. Arias he would take care of the appeal. Mr. Taggart was no longer at the address and phone number provided by Mr. Arias, but I was able to find his current contact information through the State Bar website. I sent Mr. Taggart a letter on August 6, 2001, requesting information about Mr. Arias's case, his desire to appeal, and any discussions about an appeal between Mr. Arias and Mr. Taggart. Mr. Taggart never responded to the request.

Exhibit E page 1 of 2

14

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.

Executed at San Diego, California.


Date: 12/12/2001                                    _Arthur Martin_
                                                    Arthur Martin

15

20

(EXHIBIT - F)

# CALIFORNIA APPELLATE PROJECT

*Executive Director*
Jonathan B. Steiner

*Assistant Director*
Jay M. Kohorn

*Attorneys*
Kathleen C. Caverly
Elizabeth A. Courtenay
Ronnie Duberstein
Lisa Ferreira
Richard M. Fitzer
Nancy Gaynor
Dee Hayashi
Suzan E. Hier

*Attorneys (cont'd)*
Jill Ishida
Patricia Jenkins
Richard B. Lennon
Cheryl Lutz
Gary M. Mandinach
Stephanie G. Miller
Patricia E. Nelson
Larry Pizarro
Florence R. H. Popper
William C. Spater
James A. Uyeda

*Office Administrator*
Amy C. Griffin

LOS ANGELES OFFICE
520 South Grand Avenue, Suite 400
Los Angeles, California 90071
TEL: (213) 243-0300

*a non-profit corporation established by the State Bar of California*

July 26, 2001

Joseph Arias, Jr.
P-98754
B - 1 - 242
P.O. Box 5002
Calipatria, CA  92233-5002

Re:  <u>People v. Arias</u>, Superior Court No. SCD139765

Dear Mr. Arias,

As far as I can tell, your attorney did not file a notice of appeal for you. But I'm not completely sure, since your case took place in San Diego County, and we deal only with cases from Los Angeles, Santa Barbara, Ventura and San Luis Obispo counties.

The agency that deals with cases from San Diego is Appellate Defenders, Inc., 555 West Beech Street, Suite 300, San Diego, CA 92101 (telephone: 619-696-0282). I am faxing your letter and questionnaire to them, and I suggest you write or call them for help in filing a belated notice of appeal.

The Court of Appeal will accept a belated notice of appeal if there is a good excuse for not filing it on time and if the defendant has shown reasonable diligence in trying to get an appeal. It looks to me from your letter that you have a good chance of getting relief on this basis. I am enclosing a form petition for asking the Court to accept a belated notice of appeal. Hopefully, Appellate Defenders will help you but if not, you can fill out and file the petition yourself; be sure to attach your declaration under penalty of perjury stating the facts that show your lawyer said he'd file a notice of appeal for you and what happened afterward including any attempts you made to find out what was going on and to get help.

Sincerely,

NANCY GAYNOR

NG:hs
Encl.

BOARD OF DIRECTORS

*President*
Anthony Murray, *Los Angeles* • Leland R. Selna, Jr., *San Francisco*

*Vice President*

*Chief Financial Officer*
• Thomas W. Eres, *Sacramento*

*Secretary*
• Herbert M. Rosenthal, *San Francisco* • Geoffrey Van Loucks, *San Jose* • Laurie D. Zelon, *Los Angeles*

21

Executive Director
Jonathan R. Steiner

Assistant Director
Jay M. Kohorn

Attorneys
Kathleen C. Caverly
Elizabeth A. Courtney
Ronnie Duberstein
Lisa Ferrelia
Richard M. Fizzer
Nancy Gaynor
Dee Hayashi
Susan R. Iher

# CALIFORNIA APPELLATE PROJECT

LOS ANGELES OFFICE
520 South Grand Avenue, Suite 400
Los Angeles, California 90071
TEL.: (213) 243-0300

*a non-profit corporation established by the State Bar of California*

Attorneys (cont'd)
Jill Ishida
Patricia Jenkins
Richard B. Lennon
Cheryl Lutz
Gary M. Mandinach
Stephanie G. Miller
Larry Pizarro
Florence R. H. Pepper
William C. Spater
James A. Uyeda

Office Administrator
Amy C. Griffin

# FAX transmittal cover sheet

*RECEIVED JUL 26 2001 ADI*

*X010220*

**TO:**    Appellate Defenders, Inc., ATTN: Duty Day Attorney

**FROM:**   Nancy Gaynor

**DATE:**   July 26, 2001    **FAX NUMBER:**

**NUMBER OF PAGES (INCLUDING THIS ONE):**    7

**COMMENTS:** Re: *People v. Joseph Arias Jr.,
San Diego Superior Court No. SCD137218*:

Mr. Arias wrote us earlier this month asking if a notice of appeal had been filed for him. I found no evidence of one, and solicited more information from him, a copy of which is attached. He may have a decent *Benoit* claim. Since his case is from San Diego, I referred him to you and told him I would fax you his information. Please call me if there are any questions.

**PLEASE NOTE:    IF THERE IS A PROBLEM IN TRANSMISSION, PLEASE CALL (213) 243-0364 AND ASK FOR NANCY.**

### CONFIDENTIALITY NOTICE

All documents accompanying this Fax Transmittal Cover Sheet contain confidential information which is privileged and belongs to the sender. This information is intended solely for the use of the individual or entity named above.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the faxed document(s) is strictly prohibited. If you have received this fax in error, please immediately notify this office by telephone to arrange for the return of the document to us.

BOARD OF DIRECTORS

*President*                *Vice President*                *Chief Financial Officer*        *Secretary*
Anthony Murray, *Los Angeles* ● Leland R. Selna, Jr., *San Francisco* ● Thomas W. Eres, *Sacramento* ● Herbert M. Rosenthal, *San Francisco* ● Geoffrey Van Loucks, *San Jose* ● Laurie D. Zelon, *Los Angeles*

17

NANCY J. KING
Attorney at Law

EXHIBIT
"H"

September 9, 2003

Joseph Arias
P98754
P.O. Box 5002
Calipatria, CA 92233

Dear Joseph:

Here is the habeas petition, along with the attorney general's respondent's brief. Any important arguments made by the attorney general that are not dealt with in the habeas petition I'll raise at the oral argument later this week.

I was not able to contact your wife and decided that the information in your declaration was enough to make the claims we needed to make. If we need to use her later we will.

I also did not make any claims concerning Michael Taggart. While there is no question he left you hanging and was incompetent in representing you, his actions did not have any impact on whether you got a fair trial. He didn't do what he said he was going to do (motion for a new trial/appeal), but that doesn't affect this appeal. So, I decided including his failures in the habeas petition would just distract from the real issues.

Give me a call in the next few weeks when you get a chance and let me know what you think about the petition, and I'll tell you my impressions of the oral argument.

As always, thanks for working with me on this, and let me know if you have any questions.

Respectfully,

Nancy J. King
Attorney at Law

1400 SIXTH AVENUE, SUITE 210C • SAN DIEGO, CA • 92101
PHONE: 858-755-5258 • njking@mindspring.com

-18-

23

*EXHIBIT "I"*

**NANCY J. KING**
Attorney at Law

*CHECK ON ALSO*

March 1, 2005

Joseph Arias
P98754
P.O. Box 5002
Calipatria, CA 92233

Dear Joseph:

   Here are the transcripts of your case as you requested. I've also enclosed the form for filing a petition in federal court. There is no form for requesting information on your restitution order, but I suggest you simply write a letter to the judge and ask for the documentation. Write to:

   Honorable Kevin Enright
   Superior Court of San Diego
   220 W. Broadway
   San Diego, CA 92101-3409

   The restitution order may be tough to challenge. The victims are entitled to any amount they document as lost, but the court is allowed to impose a restitution fine of up to $10,000 (see PC § 1202.4) in addition to or regardless of loss to the victims. Because it is exactly $10,000, it sounds like maybe the judge just imposed the maximum amount, and it would be tough to challenge that. I recommend writing and finding out what you can about the basis for the fee. You may be able to request a hearing on the restitution issue, but I'd be cautious because the victims would have the right to be at that hearing. You don't want to run the risk of having it go up instead of down. Like I said, see if you can get the paperwork on the order, and call me or write and we can discuss your options.

   The form is pretty self-explanatory. If you want to fill it out the best you can and send me a copy, I'll talk you through any problems I see. Keep an eye on your deadlines. By my calculation you have until August 17, 2005 to file a petition in federal court.

   I hope this helps, and thank you for staying in touch.

                    Respectfully,

                    Nancy J. King
                    Attorney at Law

*GET ADDRESS & MAKE COPIES OF THE WRIT AND ASK IF I HAVE TO MAKE COPIES OF MOTION OF IN FORM PAUPERS*

EXHIBIT J

**CDC NO #:** P98754
**PS:** 121  **LEVEL:** IV
**WG/PG:** D2/D EFF. 12/16/2004

**NAME:** ARIAS
**MEPD:** 02/25/2038
**NEXT ANNUAL:** 01/2006

**HOUSING:** A5-222L    CDC 128-G
**CUSTODY:** MAX

**ACTION:**    YARD REVIEW: RETAIN INMATE IN ASU PENDING COMPLETION OF MERD / RETAIN MAX CUSTODY AND WG/PG D2/D EFFECTIVE 12/16/2004 / SINGLE CELL HOUSING APPROVED / ASSIGN WALK ALONE YARD DUE TO BEING VICTIM OF ASSAULT / RESCHEDULE ICC ON 06/01/2006 / NO MSHDS, MDO, DPP OR DDP ISSUES NOTED.

Inmate Arias was screened in person by ICC today for the purpose of a Yard Review.  Inmate was initially placed in Administrative Segregation (Ad Seg) on 12/16/2004 for the offense of Battery on an Inmate with a Weapon referenced in CDC 115 (Log# 12-04-A-058) dated 12/16/2004.  Inmate is currently serving an active MERD of 07/16/2006 for the RVR.  On 04/15/2006 Inmate Arias was the victim of a Battery with a Weapon Causing Serious Injury.  On 05/04/2006, ICC approved double cell housing and assigned Yard Group #1.  On 05/06/2006, Inmate refused to go to Yard #1 referenced in CDC 128-B dated 05/06/2006 authored by C. Rodiles and Sgt. S. Velasco.  In addition, Inmate Arias was interviewed by CAL's Investigation Unit on 05/09/2006; however this written report is not yet available.  Committee notes Inmate Arias' Pre-MERD Review is scheduled for 06/01/2006.  Committee elects to retain Inmate in Ad Seg pending completion of MERD of 07/16/2006.  Retain MAX Custody and WG/PG D2/D effective 12/16/2004.  Committee acts to assign Walk Alone Yard. Inmate is assigned to single cell housing at CAL only due to pending housing concerns.  Inmate's reading GPL is 8.8.  Inmate was endorsed to CAL on 01/07/2003.  Inmate's BPT Doc #1 is scheduled for 07/2014.  TB Code of 22 is noted in CDC 128-C dated 05/04/2005.  Inmate meets 180°design criteria due to active SHU.  Inmate does not meet MDO, DDP or DPP criteria. Inmate is not a participant in the MHSDS.  Inmate was advised he would be rescheduled for ICC on 06/01/2006.  Inmate actively participated and stated he understood the actions of Committee.  Inmate was advised of his right to appeal and that this Committee acts as his first level of appeal.  His next Annual Review is scheduled for 01/2006.  Inmate stated he was eventually trying to make it to the SNY Yard.  There are no other pertinent case factors noted.  (cc)

_____
M. Bourland, CDW(A)    CHAIRPERSON

_____
D. Paramo, C&PR    RECORDER

**Committee Members:** C. Butler, AW (A);  G. Stratton, FC (A);  D. W. Brown, CCI;  J. R. Bellinger, Ph.D.
**cc:**    Counselor, Inmate
**Date:** 05/11/2006    **CLASSIFICATION:** ICC AD/SEG    **INST:** CAL-IV

EXHIBIT

```
CMHQ P98754                        ARIAS,JOSEPH                              PAGE 01
      *** MOVEMENT HISTORY - MOST RECENT MOVEMENT FIRST ***   RPT DATE: 06/28/2007

06/28/2007   TRANSEERRED      TO CCI4B            FROM CAL

05/15/2007   TEMP RELEASE     TO OTC  FROM CAL    CUSTODY: CDC/IMP      RET SAME DAY
                              WIT: CASE #JCF-19463 & JCF-19464

03/29/2007   TEMP RELEASE     TO OTC  FROM CAL    CUSTODY: CDC/IMP      RET SAME DAY
                              DEF: CASE #JCF18938

03/12/2007   TEMP RELEASE     TO MED  FROM CAL    CUSTODY: CDC/SAN_D    RET SAME DAY
                              DR. TORCHIA, SAN DIEGO

02/15/2007   TEMP RELEASE     TO OTC  FROM CAL    CUSTODY: CDC/IMP      RET SAME DAY
                              DEF: CASE #JCF18938

02/08/2007   TEMP RELEASE     TO OTC  FROM CAL    CUSTODY: CDC/IMP      RET SAME DAY
                              DEF: CASE #JDF18938

01/05/2007   TRANSFERRED      TO CAL              FROM CCI4B  TEMPORARILY
                              F/OTC & RTN

     P/N PRESS ENTER FOR NEXT PAGE
```

*CAL Appeals office rec'd appeal* (handwritten, left margin near 03/12/2007)

EXHIBIT K

If you are a **prisoner** you **must** have an officer from your institution provide this official certificate as to the amount of money in your prison account. _There are no exceptions to this requirement._

**PRISON CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___JOSEPH · ARIAS · JR___ #_____,
(NAME OF INMATE)

___# P-98754___
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

___CALIPATRIA STATE PRISON___
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____,

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

the past six months the applicant's _average monthly balance_ was $ __11.68__

and the _average monthly deposits_ to the applicant's account was $ __17.87__

ALL PRISONERS _MUST_ ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

___03-08-05___
DATE

___Sheila Leptich___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___Sheila Leptich___
OFFICER'S FULL NAME (PRINTED)

___Account Clerk II___
OFFICER'S TITLE/RANK

Case 3:08-cv-0136S-DMS-JMA   Document 6   Filed 07/28/2008   Page 28 of 53

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2005 THRU JUN. 06, 2006

ACCOUNT NUMBER : P98754                BED/CELL NUMBER: FA0500000000210L
ACCOUNT NAME   : ARIAS, JOSEPH              ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                        TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 12/01/2005 | | BEGINNING BALANCE | | | | | 0.01 |
| 12/08 | W536 | COPAY CHARGE | 11/8 | 3043 | | 0.01 | 0.00 |
| | | ACTIVITY FOR 2006 | | | | | |
| 02/14*DD30 | | CASH DEPOSIT | MRMO | 4312 | 28.00 | | 28.00 |
| 03/13 | FC05 | DRAW-FAC 5 | ASU | 4884 | | 28.00 | 0.00 |
| 03/20 | FR01 | CANTEEN RETUR | 505062 | | | 0.10- | 0.10 |
| 03/24*DD30 | | CASH DEPOSIT | MR/ | 505186 | 28.00 | | 28.10 |
| 04/17 | FC05 | DRAW-FAC 5 | A-5/505591 | | | 28.10 | 0.00 |
| 04/24 | FR01 | CANTEEN RETUR | 505697 | | | 0.55- | 0.55 |
| 05/23*DD30 | | CASH DEPOSIT | MR/ | 506321 | 28.00 | | 28.55 |
| 05/25 | W512 | LEGAL POSTAGE | 5/24 | 6385 | | 1.11 | 27.44 |
| 05/25 | W512 | LEGAL POSTAGE | 5/24 | 6385 | | 1.11 | 26.33 |
| 05/25 | W512 | LEGAL POSTAGE | 5/24 | 6385 | | 1.11 | 25.22 |
| 05/26 | W513 | MISC. CHARGES | ENVEL | 6398 | | 0.45 | 24.77 |
| 05/26 | W516 | LEGAL COPY CH | 5/22 | 6401 | | 4.50 | 20.27 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/00                CASE NUMBER: SCD139765
COUNTY CODE: SD                         FINE AMOUNT: $  10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 12/01/2005 | | BEGINNING BALANCE | | 9,800.00 |
| 02/14/06 | DR30 | REST DED-CASH DEPOSIT | 20.00- | 9,780.00 |
| 03/24/06 | DR30 | REST DED-CASH DEPOSIT | 20.00- | 9,760.00 |
| 05/23/06 | DR30 | REST DED-CASH DEPOSIT | 20.00- | 9,740.00 |

2 OF 7        -24-

CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2005 THRU JUN. 06, 2006

ACCT: P98754      ACCT NAME: ARIAS, JOSEPH              ACCT TYPE: I

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.01 | 84.00 | 63.74 | 20.27 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE

20.27

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

3 of 7    _ 75-

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## C. PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant _____ *Areas* _____

(NAME OF INMATE)

_____ *P 98754* _____

(INMATE'S CDC NUMBER)

has the sum of $ *20.27* _____ on account to his/her credit at _____

_____ *Calipatria State Prison* _____

(NAME OF INSTITUTION)

I further certify that the applicant has the following securities *N/A* _____

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $ *10.52* _____

and the *average monthly deposits* to the applicant's account was $ *14.00* _____

_____ *06-06-06* _____

DATE

_____ *Sheila Leptich* _____

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____ *Sheila Leptich* _____

OFFICER'S FULL NAME (PRINTED)

_____ *Account Clerk II* _____

OFFICER'S TITLE/RANK

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2006 THRU JUN. 08, 2006

ACCOUNT NUMBER : P98754                    BED/CELL NUMBER: FA0500000000210L
ACCOUNT NAME   : ARIAS, JOSEPH                  ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 05/01/2006 | | BEGINNING BALANCE | | | | | 0.55 |
| 05/23 | *DD30 | CASH DEPOSIT | MR/ | 506321 | 28.00 | | 28.55 |
| 05/25 | W512 | LEGAL POSTAGE | 5/24 | 6385 | | 1.11 | 27.44 |
| 05/25 | W512 | LEGAL POSTAGE | 5/24 | 6385 | | 1.11 | 26.33 |
| 05/25 | W512 | LEGAL POSTAGE | 5/24 | 6385 | | 1.11 | 25.22 |
| 05/26 | W513 | MISC. CHARGES | ENVEL | 6398 | | 0.45 | 24.77 |
| 05/26 | W516 | LEGAL COPY CH | 5/22 | 6401 | | 4.50 | 20.27 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/00                    CASE NUMBER: SCD139765
COUNTY CODE: SD                             FINE AMOUNT: $  10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 05/01/2006 | | BEGINNING BALANCE | | 9,760.00 |
| 05/23/06 | DR30 | REST DED-CASH DEPOSIT | 20.00- | 9,740.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.55 | 28.00 | 8.28 | 20.27 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---------------------------|
| 20.27 |

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## C. PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____ *Arias*

(NAME OF INMATE)

_____ *P 98754*

(INMATE'S CDC NUMBER)

has the sum of $ _0_ _____ on account to his/her credit at _____

_Calipatria State Prison_

(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _N/A_

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $ 3.75

and the *average monthly deposits* to the applicant's account was $ 3.75

_6-29-07_

DATE

_Franco Robles_

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_F. Robles_

OFFICER'S FULL NAME (PRINTED)

_Account Clerk II_

OFFICER'S TITLE/RANK

CIV-67 (Rev 6/97)

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU JUN. 29, 2007

ACCOUNT NUMBER : P98754                      BED/CELL NUMBER:
ACCOUNT NAME   : ARIAS, JOSEPH                 ACCOUNT TYPE: T
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 01/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 02/02 *DD30 | | CASH DEPOSIT | MRMO | 4138 | 22.50 | | 22.50 |
| 02/09 FC05 | | DRAW-FAC 5 | A-5 | 4304 | | 22.50 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | | HOLD AMOUNT |
|-------------|-----------|-------------|---------|---|-------------|
| 06/07/2007 | H109 | LEGAL POSTAGE HOLD | 6/4 | 6717 | 0.97 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/00                      CASE NUMBER: SCD139765
COUNTY CODE: SD                               FINE AMOUNT: $ 10,000.00

| DATE | TRANS | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|-------|-------------|-------------|---------|
| 01/01/2007 | | BEGINNING BALANCE | | 9,740.00 |
| 01/05/07 | SU01 | SYS TRNSF - POS | 80.00- | 9,660.00 |
| 02/02/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 9,635.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 22.50 | 22.50 | 0.00 | 0.97 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____
        TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
--------------
0.97
--------------
--------------

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant _____ _Arias_

(NAME OF INMATE)

_____ _P-98754_

(INMATE'S CDC NUMBER)

has the sum of $ ___0___ on account to his/her credit at _____

_Calipatria State Prison_

(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _N/A_

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $ ___3.75___

and the *average monthly deposits* to the applicant's account was $ ___3.75___

_6-29-07_

DATE

_F. Robles_

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_F. Robles_

OFFICER'S FULL NAME (PRINTED)

_Account Clerk II_

OFFICER'S TITLE/RANK

34

If you are a prisoner you _must_ have an officer from your institution provide this official certificate as to the amount of money in your prison account. _There are no exceptions to this requirement._

### PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____ _Arias_ _____

(NAME OF INMATE)

_____ _P-98754_ _____

(INMATE'S CDC NUMBER)

has the sum of $ _____ Ø _____ on account to his/her credit at _____

_Calipatria   State   Prison_

(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _N/A_

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's _average monthly balance_ was $ _3.75_

and the _average monthly deposits_ to the applicant's account was $ _3.75_

_____ _6-29-07_ _____

DATE

_Frances Robles_

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_F. Robles_

OFFICER'S FULL NAME (PRINTED)

_Account Clerk II_

OFFICER'S TITLE/RANK

```
TS210B              CALIFORNIA DEPARTMENT OF CORRECTIONS
                         ITAS TRUST ACCOUNT DISPLAY

-------------- ACCOUNT INFORMATION --------------- ------ SPECIAL ITEMS --------

ACCOUNT  NUMBER:  P98754
   ACCOUNT NAME:  ARIAS, JOSEPH
   ACCOUNT TYPE:  I
CURRENT BALANCE:       0.00
  HOLD BALANCE:        1.99
ENCUM. BALANCE:        0.00                    ABNORMAL BALANCE
      AVAILABLE:       1.99-
PRIVILEGE GROUP:  D
  LAST CANTEEN:  12/12/2006
------------------------- ACCOUNT TRANSACTIONS -----------------------TS210CA
   DATE     TRAN    AMOUNT       DESCRIPTION     CHECK NUM     COMMENT    BALANCE
-------- ---- ----------- --------------- ----------- ---------- -----------
09/21/06 DD30     56.00   CASH DEPOSIT ON               1632MR745     56.00
09/25/06 FC06     45.00-  DRAW-FAC 6                     6-3-1711      11.00
11/13/06 FC05     11.00-  DRAW-FAC 5                     5-2-2494       0.00
11/28/06 DD30     56.00   CASH DEPOSIT ON               2712MR898     56.00
11/29/06 W502     14.90-  POSTAGE CHARGE                2764POSTAG    41.10
12/12/06 FC06     41.10-  DRAW-FAC 6                     6-2-3027       0.00
PAGE#    1 OF    1 PAGES
```

36

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant ___Arias, J.___
(NAME OF INMATE)

___P98754___
(INMATE'S CDC NUMBER)

has the sum of $ ___0.00___ on account to his/her credit at ___

___Calipatria State Prison___
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___N/A___

to his/her credit according to the records of the aforementioned institution. I further certify that during

the past six months the applicant's *average monthly balance* was $ ___3.75___

and the *average monthly deposits* to the applicant's account was $ ___3.75___

___6-29-07___
DATE

___F. Robles___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___F. Robles___
OFFICER'S FULL NAME (PRINTED)

___Account Clerk II___
OFFICER'S TITLE/RANK

37

CIV-67 (Rev. 9/97)                    -4-                    K:\COMMONFORMS\CIV-67

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU JUN. 29, 2007

ACCOUNT NUMBER : P98754　　　　　　　　BED/CELL NUMBER:
ACCOUNT NAME　 : ARIAS, JOSEPH　　　　　ACCOUNT TYPE: T
PRIVILEGE GROUP:

### TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|------|-------------|---------|-----------|----------|-------------|---------|
| 01/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 02/02 | *DD30 | CASH DEPOSIT | MRMO | 4138 | 22.50 | | 22.50 |
| 02/09 | FC05 | DRAW-FAC 5 | A-5 | 4304 | | 22.50 | 0.00 |

### CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | | HOLD AMOUNT |
|-------------|-----------|-------------|---------|--|-------------|
| 06/07/2007 | H109 | LEGAL POSTAGE HOLD | 6/4 | 6717 | 0.97 |

### * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/00　　　　　　　　　CASE NUMBER: SCD139765
COUNTY CODE: SD　　　　　　　　　　　　　　FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/01/2007 | | BEGINNING BALANCE | | 9,740.00 |
| 01/05/07 | SU01 | SYS TRNSF - POS | 80.00- | 9,660.00 |
| 02/02/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 9,635.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.　　　*

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 22.50 | 22.50 | 0.00 | 0.97 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-------------
0.97

REPORT ID: TS3030                                          REPORT DATE: 04/02/0
                                                           PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2003 THRU APR. 02, 2003

ACCOUNT NUMBER : P98754                    BED/CELL NUMBER: FB0300000000122L
ACCOUNT NAME   : ARIAS, JOSEPH             ACCOUNT TYPE: I
PRIVILEGE GROUP: A

### TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 03/01/2003 | | BEGINNING BALANCE | | | | | 0.00 |
| 03/24*DD30 | | CASH DEPOSIT | MR/204759 | | 39.00 | | 39.00 |

### * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/00                    CASE NUMBER: SCD139765
COUNTY CODE: SD                             FINE AMOUNT: $  10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 03/01/2003 | | BEGINNING BALANCE | | 9,950.00 |
| 03/24/03 | DR30 | REST DED-CASH DEPOSIT | 10.00- | 9,940.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 39.00 | 0.00 | 39.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
39.00

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## CALIPATRIA STATE PRISON
## INMATE TRUST ACCOUNTING SYSTEM
## INMATE TRUST ACCOUNT STATEMENT

### FOR THE PERIOD: AUG. 01, 2004 THRU SEP. 07, 2004

ACCOUNT NUMBER : P98754                      BED/CELL NUMBER: ASU 00000000138L
ACCOUNT NAME   : ARIAS, JOSEPH                    ACCOUNT TYPE: I
PRIVILEGE GROUP: D

## TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 08/01/2004 | | BEGINNING BALANCE | | | | | 33.70 |
| 08/16 | FC05 | DRAW-FAC 5 | ASU | 0856 | | 20.00 | 13.70 |
| 08/23 | FR01 | CANTEEN RETUR | 400974 | | | 0.15- | 13.85 |

## TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|----------------------------|
| 33.70 | 0.00 | 19.85 | 13.85 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---------------------------|
| 13.85 |

40

REPORT DATE: 03/02/0
PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2004 THRU MAR. 02, 2005

ACCOUNT NUMBER : P98754
ACCOUNT NAME   : ARIAS, JOSEPH
PRIVILEGE GROUP: D

BED/CELL NUMBER: FA0500000000232U
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 09/01/2004 | | BEGINNING BALANCE | | | | | 13.85 |
| 09/13 | FC05 | DRAW-FAC 5 | ASU 1369 | | | 13.85 | 0.00 |
| 10/18*| DD30 | CASH DEPOSIT | MR/401981 | | 67.00 | | 67.00 |
| 10/18 | FC03 | DRAW-FAC 3 | C-3 1995 | | | 67.00 | 0.00 |
| 10/26 | FR01 | CANTEEN RETUR | 402163 | | | 0.10- | 0.10 |
| 12/24*| DD30 | CASH DEPOSIT | MR/ 403311 | | 40.20 | | 40.30 |
| | | ACTIVITY FOR 2005 | | | | | |
| 01/14 | FC05 | DRAW-FAC 5 | A-5 3710 | | | 40.30 | 0.00 |
| 01/24 | FR01 | CANTEEN RETUR | 403863 | | | 0.76- | 0.76 |
| 02/02 | W535 | DENTAL CHARGE | DENTAL4018 | | | 0.76 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/00
COUNTY CODE: SD

CASE NUMBER: SCD139765
FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 09/01/2004 | | BEGINNING BALANCE | | 9,910.00 |
| 10/18/04 | DR30 | REST DED-CASH DEPOSIT | 30.00- | 9,880.00 |
| 12/24/04 | DR30 | REST DED-CASH DEPOSIT | 18.00- | 9,862.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 13.85 | 107.20 | 121.05 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE

0.00



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

REPORT ID: TS3030                                                    REPORT DATE: 03/08/05
                                                                     PAGE NO:        1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2004 THRU MAR. 08, 2005

ACCOUNT NUMBER : P98754                    BED/CELL NUMBER: FA0500000000232U
ACCOUNT NAME   : ARIAS, JOSEPH                  ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 09/01/2004 | | BEGINNING BALANCE | | | | | 13.85 |
| 09/13 | FC05 | DRAW-FAC 5 | ASU  1369 | | | 13.85 | 0.00 |
| 10/18* | DD30 | CASH DEPOSIT | MR/401981 | | 67.00 | | 67.00 |
| 10/18 | FC03 | DRAW-FAC 3 | C-3 1995 | | | 67.00 | 0.00 |
| 10/26 | FR01 | CANTEEN RETUR | 402163 | | | 0.10- | 0.10 |
| 12/24* | DD30 | CASH DEPOSIT | MR/ 403311 | | 40.20 | | 40.30 |
| ACTIVITY FOR 2005 | | | | | | | |
| 01/14 | FC05 | DRAW-FAC 5 | A-5  3710 | | | 40.30 | 0.00 |
| 01/24 | FR01 | CANTEEN RETUR | 403863 | | | 0.76- | 0.76 |
| 02/02 | W535 | DENTAL CHARGE | DENTAL4018 | | | 0.76 | 0.00 |

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/00                    CASE NUMBER: SCD139765
COUNTY CODE: SD                             FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 09/01/2004 | | BEGINNING BALANCE | | 9,910.00 |
| 10/18/04 | DR30 | REST DED-CASH DEPOSIT | 30.00- | 9,880.00 |
| 12/24/04 | DR30 | REST DED-CASH DEPOSIT | 18.00- | 9,862.00 |

        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

                              TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 13.85 | 107.20 | 121.05 | 0.00 | 0.00 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS,

BY                                          CURRENT
   TRUST OFFICE                            AVAILABLE
                                            BALANCE

                                              0.00

REPORT ID: TS3030

REPORT DATE: 07/07/06

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUN. 01, 2006 THRU JUL. 07, 2006

ACCOUNT NUMBER : V79800                    BED/CELL NUMBER: FA0500000000210U
ACCOUNT NAME   : SAMANIEGO, ARTURO GRR  )    ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 06/01/2006 | | BEGINNING BALANCE | | | | | 33.60 |
| 06/05 | FC04 | DRAW-FAC 4 | D-4/506557 | | | 33.60 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|------|------|------|------|------|------|
| 33.60 | 0.00 | 33.60 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
0.00

43

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF CORRECTIONAL INSTITUTION
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2006 THRU NOV. 03, 2006

ACCOUNT NUMBER : P98754                    BED/CELL NUMBER: 4B2ASH000000208U
ACCOUNT NAME   : ARIAS, JOSEPH                 ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 07/01/2006 | | BEGINNING BALANCE | | | | | 0.0( |
| 09/21 | *DD30 | CASH DEPOSIT | 1632MR745 | | 56.00 | | 56.0( |
| 09/25 | FC06 | DRAW-FAC 6 | 6-3-1711 | | | 45.00 | 11.0( |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/00                    CASE NUMBER: SCD139765
COUNTY CODE: SD                             FINE AMOUNT: $  10,000.0(

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 07/01/2006 | | BEGINNING BALANCE | | 9,740.0( |
| 09/21/06 | DR30 | REST DED-CASH DEPOSIT | 40.00- | 9,700.0( |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTE[ |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 56.00 | 45.00 | 11.00 | 0.00 | 0.0( |

|  |
|--|
| CURRENT AVAILABLE BALANCE |
| 11.0( |

44

Case 3:08-cv-01363-DMS-JMA   Document 1   Filed 07/28/2008   Page 45 of 53

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 01, 2006 THRU JAN. 09, 2007

:COUNT NUMBER : P98754                        BED/CELL NUMBER: FA0500000000120L
:COUNT NAME   : ARIAS, JOSEPH                     ACCOUNT TYPE: I
:IVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY


* RESTITUTION ACCOUNT ACTIVITY

\TE SENTENCED: 11/16/00                       CASE NUMBER: SCD139765
)UNTY CODE: SD                                FINE AMOUNT: $  10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| ?/01/2006 | | BEGINNING BALANCE | | 9,740.00 |
| /05/07 | SU01 | SYS TRNSF - POS | 80.00- | 9,660.00 |

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      *


<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---------------------------|
| 0.00 |

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2007 THRU FEB. 08, 2007

ACCOUNT NUMBER : P98754                          BED/CELL NUMBER: FA0500000000205U
ACCOUNT NAME   : ARIAS, JOSEPH                     ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 01/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 02/02 | *DD30 | CASH DEPOSIT | MRMO | 4138 | 22.50 | | 22.50 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/00                          CASE NUMBER: SCD139765
COUNTY CODE: SD                                   FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/01/2007 | | BEGINNING BALANCE | | 9,740.00 |
| 01/05/07 | SU01 | SYS TRNSF - POS | 80.00- | 9,660.00 |
| 02/02/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 9,635.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 22.50 | 0.00 | 22.50 | 0.00 | 0.00 |

|  |
|--|
| CURRENT AVAILABLE BALANCE |
| 22.50 |

#3 (14.01

### CALIFORNIA DEPARTMENT OF CORRECTIONS
### CALIPATRIA STATE PRISON
### INMATE TRUST ACCOUNTING SYSTEM
### INMATE TRUST ACCOUNT STATEMENT

#### FOR THE PERIOD: FEB. 01, 2007 THRU MAR. 07, 2007

ACCOUNT NUMBER : P98754                    BED/CELL NUMBER: FA0500000000205U
ACCOUNT NAME   : ARIAS, JOSEPH                 ACCOUNT TYPE: I
PRIVILEGE GROUP: D

#### TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 2/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 2/02 | *DD30 | CASH DEPOSIT | MRMO | 4138 | 22.50 | | 22.50 |
| 2/09 | FC05 | DRAW-FAC 5 | A-5 | 4304 | | 22.50 | 0.00 |

#### CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 3/06/2007 | H200 | GENERAL HOLD | ENVEL 4769 | 0.15 |

#### * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/16/00                    CASE NUMBER: SCD139765
COUNTY CODE: SD                            FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 2/01/2007 | | BEGINNING BALANCE | | 9,660.00 |
| 2/02/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 9,635.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      *

#### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 22.50 | 22.50 | 0.00 | 0.15 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
0.15-

NEGATIVE

*3 (16 of 18)*

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: APR. 01, 2007 THRU MAY  07, 2007

ASU172

ACCOUNT NUMBER : P98754                    BED/CELL NUMBER: FA05000000000205U
ACCOUNT NAME   : ARIAS, JOSEPH             ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/06/2007 | H114 | COPAY FEE, MED. | 04-05/5438 | 5.00 |
| 04/12/2007 | H118 | LEGAL COPIES HOLD | 4/9   5548 | 0.40 |
| 04/25/2007 | H110 | COPIES HOLD | 04/19 5856 | 0.70 |
| 05/07/2007 | H109 | LEGAL POSTAGE HOLD | 5/2   6071 | 7.75 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTION TO BE POSTE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 13.85 | 0.0 |

| CURRENT AVAILABLE BALANCE |
|---|
| 13.8 |

NEGATIVE

48

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY  01, 2007 THRU JUN. 06, 2007

ACCOUNT NUMBER : P98754                    BED/CELL NUMBER: ASU 00000000172L
ACCOUNT NAME   : ARIAS, JOSEPH               ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY

          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 05/24/2007 | H118 | LEGAL COPIES HOLD | 5/21  6479 | 0.30 |
| 06/01/2007 | H114 | COPAY FEE, MED. | 05/30 6595 | 5.00 |

                          TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTION TO BE POSTE |
|-------------------|----------------|-------------------|-----------------|---------------|-------------------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | 0.0 |

| CURRENT AVAILABLE BALANCE |
|---------------------------|
| 5.3 |

NEGATIVE

49

REPORT ID: TS3030  .701

REPORT DATE: 10/05/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF CORRECTIONAL INSTITUTION
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 05, 2007

ACCOUNT NUMBER : P98754                    BED/CELL NUMBER: 4B1BYP000000206L
ACCOUNT NAME : ARIAS, JOSEPH               ACCOUNT TYPE: I
PRIVILEGE GROUP: D        TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 09/19/2007 | H109 | LEGAL POSTAGE HOLD | 1906LEGPOS | 2.50 |
| 09/19/2007 | H109 | LEGAL POSTAGE HOLD | 1906LEGPOS | 2.50 |
| 09/24/2007 | H118 | LEGAL COPIES HOLD | 2036LEGCOP | 24.40 |
| 09/25/2007 | H109 | LEGAL POSTAGE HOLD | 2107LEGPOS | 0.65 |
| 09/25/2007 | H109 | LEGAL POSTAGE HOLD | 2107LEGPOS | 1.70 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 31.75 | 0.00 |

CURRENT
AVAILABLE
BALANCE

31.75

NEGATIVE

50

REPORT ID: TS3030  .701

REPORT DATE: 01/08/08
PAGE NO:  1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF CORRECTIONAL INSTITUTION
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER : P98754                    BED/CELL NUMBER: 4B1BYP00000206L
ACCOUNT NAME   : ARIAS, JOSEPH             ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 12/11/2007 | H114 | COPAY FEE - MED. | 3794 COPAY | 5.00 |
| 12/12/2007 | H109 | LEGAL POSTAGE HOLD | 3824LEGPOS | 4.60 |
| 12/14/2007 | H102 | EYEGLASSES HOLD | 3905VISION | 24.25 |
| 12/20/2007 | H109 | LEGAL POSTAGE HOLD | 4051LEGPOS | 1.00 |
| 12/21/2007 | H109 | LEGAL POSTAGE HOLD | 4084LEGPOS | 0.55 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 35.40 | 0.00 |

CURRENT AVAILABLE BALANCE

35.40

51

**FORM E**

Proof of Service by Mail

[Case Name and Court Number]

I declare that:

     I am a resident of ___C C I / S H U___ in the county of ___T E H A C H A P I___,

California. I am over the age of 18 years. My residence address is:

___P. O. BOX- 1906, TEHACHAPI, CAL. 93581___.

On _____, I served the attached ___WRIT OF HABEAS CORPUS___ on the

___SO. DIST CRT CLERK___ in said case by placing a true copy thereof enclosed in a sealed

envelope with postage thereon fully paid, in the United States mail at ___TEHACHAPI___

addressed as follows:

___U.S. DIST. CRT. FOR THE SO. DIST. ; 880 FRONT STREET, STE. 4290___

___S. D. CAL. 92101-8900___.

     I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct, and that this declaration was executed on _____[date],

at ___TEHACHAPI___, California.

     ___JOSEPH ARIAS JR___
[Type or Print Name]

_____
[Signature]

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Joseph Arias, Jr.

DEFENDANTS

M. Carrasco

FILING FEE PAID
Yes ☐  No ☐
IFP MOTION FILED
Yes ☐  No ☐
CONSENT
Court ☐  ProSe ☐

JUL 2 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Kern
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Joseph Arias, Jr.
PO Box 1906
Tehachapi, CA 93581
P-98754

ATTORNEYS (IF KNOWN)

'08 CV 1363 DMS JMA

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 28 U.S.C. 2254

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE _____ Docket Number _____

DATE    7/28/2008

SIGNATURE OF ATTORNEY OF RECORD
*R. Mully*