JOSEPH ARIAS JR.
PLAINTIFF/PETITIONER/MOVANT'S NAME

P-98754
PRISON NUMBER

P&P TEHACHAPI/C.C.I.
PLACE OF CONFINEMENT

P.O. BOX-1906; TEHACHAPI, CAL. 93581
ADDRESS

2254 ✓   1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No
COPIES SENT TO
Court ✓   ProSe

FILED
JUL 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

JOSEPH ARIAS JR.,
   Plaintiff/Petitioner/Movant

   v.

M. CARRASCO,
   Defendant/Respondent

Civil No. '08 CV 1363 DMS JMA
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, JOSEPH ARIAS JR.,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes  ☐ No   (If "No" go to question 2)
   If "Yes," state the place of your incarceration  CALIF. CORR. INSTITUTION.
   Are you employed at the institution?         ☐ Yes  ☒ No
   Do you receive any payment from the institution?  ☐ Yes  ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _n/a_____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment     ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends    ☐ Yes ☒ No
   c. Pensions, annuities or life insurance             ☐ Yes ☒ No
   d. Disability or workers compensation                ☐ Yes ☒ No
   e. Social Security, disability or other welfare      ☐ Yes ☒ No
   e. Gifts or inheritances                             ☐ Yes ☒ No
   f. Spousal or child support                          ☐ Yes ☒ No
   g. Any other sources                                 ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____ NONE _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____ NONE _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____ NONE _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. NONE.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_____ 7-21-08 _____          _____ [signature] _____
         DATE                              SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant ___JOSEPH ARIAS___,
(NAME OF INMATE)

___P-98754___,
(INMATE'S CDC NUMBER)

has the sum of $ ___0___ on account to his/her credit at ___CCI Blackeye___

___CALIFORNIA CORRECTIONAL INSTITUTION___
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___0___

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ ___0___,

and the *average monthly deposits* to the applicant's account was $ ___0___.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___7-21-08___        ___[signature]___
DATE                  SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___Act Lech Donna Riddle___
OFFICER'S FULL NAME (PRINTED)

_____
OFFICER'S TITLE/RANK

```
REPORT ID: TS3030  .701                                REPORT DATE: 07/22/08
                                                             PAGE NO:      1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CALIF CORRECTIONAL INSTITUTION
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 22, 2008

ACCOUNT NUMBER : P98754                    BED/CELL NUMBER: 4B1BYP000000206L
ACCOUNT NAME   : ARIAS, JOSEPH                ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                             TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                            CURRENT HOLDS IN EFFECT
   DATE       HOLD
  PLACED      CODE          DESCRIPTION             COMMENT        HOLD AMOUNT
  ----------  ----    --------------------------   ----------      -----------
  02/27/2008  H110    COPIES HOLD                  5670COPIES             1.99
                             TRUST ACCOUNT SUMMARY
   BEGINNING       TOTAL          TOTAL         CURRENT       HOLDS       TRANSACTIONS
    BALANCE       DEPOSITS      WITHDRAWALS     BALANCE      BALANCE      TO BE POSTED
  ------------  ------------  -------------  -------------  ----------  ---------------
        0.00          0.00          0.00           0.00         1.99            0.00
  ------------  ------------  -------------  -------------  ----------  ---------------
  ------------  ------------  -------------  -------------  ----------  ---------------

                                                             CURRENT
                                                            AVAILABLE
                                                             BALANCE
                                                          ---------------
                                                                    1.99-
                                                          ---------------
                                                          ---------------
```

```
REPORT ID: TS3030  .701                                          REPORT DATE: 07/22/08
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIF CORRECTIONAL INSTITUTION
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 22, 2008


               TOTAL NUMBER OF STATEMENTS PRINTED:            1
    TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:          0.00
```