1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | ANTHONY DASILVA
Deputy Attorney General
5 | CHARLES C. RAGLAND, State Bar No. 204928
Deputy Attorney General
6 | 110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 645-2203
Fax: (619) 645-2191
9 | Email: Charles.Ragland@doj.ca.gov

10 | Attorneys for Respondent

11

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | **JOSEPH ARIAS, JR.,**

|       08CV1363 DMS (JMA)

16 | Petitioner,      **NOTICE OF APPEARANCE**

17 | v.

18 | **M. CARASCO, Warden,**

19 | Respondent.

20

21 | The California Attorney General hereby files this Notice of Appearance to inform the

22 | Court of assigned counsel in this proceeding.

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

1    The attorney with principal charge of the case is as follows:

2    Charles C. Ragland, Deputy Attorney General
     Office of the Attorney General of the State of California
3    110 West A Street, Suite 1100
     San Diego, CA 92101
4    P.O. Box 85266
     San Diego, CA 92186-5266
5    Telephone: (619) 645-2203
     E-mail: Charles.Ragland@doj.ca.gov

6
          Dated: September 3, 2008
7                                    Respectfully submitted,

8                                    EDMUND G. BROWN JR.
                                     Attorney General of the State of California

9                                    DANE R. GILLETTE
                                     Chief Assistant Attorney General
10
                                     GARY W. SCHONS
11                                   Senior Assistant Attorney General

                                     ANTHONY DASILVA
12                                   Deputy Attorney General

13
                                     s/Charles C. Ragland
14
                                     CHARLES C. RAGLAND
15                                   Deputy Attorney General
                                     Attorneys for Respondent
16
     CCR:adc
17
     80278192.wpd
18   SD2008802165

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:    **Arias v. Carrasco**
No.:    **08CV1363 DMS (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>September 3, 2008</u>, I served the following document **NOTICE OF APPEARANCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266, addressed as follows:

## Electronic Mail Notice List
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case:  n/a

## Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**JOSEPH ARIAS, JR.**
**P-98754**
**CALIFORNIA CORRECTIONAL**
**INSTITUTION**
**P.O. BOX 1031**
**TEHACHAPI, CA 93581**
**IN PRO PER**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 3, 2008, at San Diego, California.

_____          _____
          A. Curiel                                                    Signature
          Declarant

SD2008802165
80278193.wpd